# OFFICE OF THE
# CHAPTER 13 STANDING TRUSTEE

7 Southwoods Boulevard, Albany, New York 12212

**Andrea E. Celli, Esq.**  Telephone: (518) 449-2043   For payments Only:
Trustee           Facsimile: (518) 449-2473   P.O Box 1918
**Bonnie Baker, Esq.**                   Memphis, TN 38101-1918
Assoc. Attorney

September 23, 2011

Bankruptcy Court
James T. Foley U.S. Courthouse
445 Broadway, Suite 306
Albany, New York 12207

Re:   07-11841          Robert A. Ferris

To Whom It May Concern:

    Enclosed please find check #**818124** in the amount of **$108.04**. Pursuant to the order of confirmation, we have been collecting funds for a creditor in this case and have attempted to distribute funds. All attempts to contact and forward checks have been unsuccessful. The creditor name and address as listed on the proof of claim is as follows:

Claim No.    8

Account#

Creditor     Hudson Environmental Svcs.
             22 Hudson Falls Road
             South Glens Falls, NY 12803

FILED
SEP 26 2011
OFFICE OF THE BANKRUPTCY CLERK
ALBANY, NY

Very truly yours,

*Cheryl Corning*

Cheryl Corning
Office of Andrea Celli